UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

SQRL HOLDINGS LLC, SQRL SERVICE
STATIONS LLC, and STANDARD
DEVELOPMENT COMPANY LLC,                          CASE NO.  24-cv-1797 OEM/TAM

                          Plaintiffs,

v.

            -against-

RIVERSIDE CAPITAL NY LLC,

                          Defendant.
----------------------------------------------------------------x

### SUMMONS IN A CIVIL ACTION

TO DEFENDANT:        RIVERSIDE CAPITAL NY LLC
                         360 Bloomfield Ave., Suite 301
                         Windsor, CT 06095

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiffs an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiffs or plaintiffs' attorney, whose name and address are:

David T. Azrin, Esq,
Gallet, Dreyer & Berkey, LLP
845 Third Avenue, Fifth Floor,
New York, NY 10022

If you fail to respond, judgment by default will be entered against you for the relief demand in the complaint.  You also must file your answer or motion with the court.



                                   BRENNA B. MAHONEY
                                   CLERK OF COURT

                                   s/Kimberly Davis

Date:  3/12/2024
                                   *Signature of Clerk or Deputy Clerk*

2